UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS DIVISION)

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES,** | * | CIVIL ACTION NO. 2:18-CV-05259 |
| | * | |
| Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
| versus | * | MAGISTRATE JUDGE JOSEPH C. |
| | * | WILKINSON, JR. |
| **PALM ENERGY OFFSHORE, L.L.C., et al.,** | * | |
| | | SECTION "L" |
| Defendants. | | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Chevron U.S.A. Inc., Chevron Pipe Line Company, and ConocoPhillips Company appeal to the United States Court of Appeals for the Fifth Circuit from this Court's March 1, 2023 order granting Plaintiffs' and Intervenors-Plaintiffs' motion to remand to state court (ECF No. 76) and this Court's April 19, 2023 order (ECF No. 87) which denied Defendants' Motion for Reconsideration Pursuant to Federal Rule of Civil Procedure 59 of the March 1, 2023 remand order and provided additional reasons for the decision to remand.

Dated: May 2, 2023

Respectfully submitted:

*/s/ Alexandra White*
Alexandra White (#29478)
**SUSMAN GODFREY L.L.P.**
Eric J. Mayer (#14184)
Johnny W. Carter (#37985)
lwhite@susmangodfrey.com
emayer@susmangodfrey.com
jcarter@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

1

**KEAN MILLER LLP**
Charles S. McCowan III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
-and-

**KEAN MILLER LLP**
Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
909 Poydras, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3951

*Attorneys for Chevron U.S.A. Inc. and Chevron Pipe Line Company*

-and-

/s/ Michele DeShazo
Deborah D. Kuchler, T.A. (#17013)
Sarah E. Iiams (#22418)
Michele Hale DeShazo (#29893)
dkuchler@kuchlerpolk.com
siiams@kuchlerpolk.com
mdeshazo@kuchlerpolk.com
**KUCHLER POLK WEINER, LLC**
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: (844) 731-2302

*Attorneys for ConocoPhillips Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023 a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

<u>/s/ Alexandra White</u>
Alexandra White
